USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/20/2019

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
DAMON BLACKMAN p/k/a Dame Grease, and   :
d/b/a Damon Blackmon Music              :
                                        :
                            Plaintiff,  :       1:19-cv-7119-GHW
                                        :
            -against-                   :            ORDER
                                        :
SONY/ATV MUSIC PUBLISHING, LLC,         :
WONDER BOY PUBLISHING LLC, BMG          :
RIGHTS MANAGEMENT US) LLC, and          :
RASHEED HARRISON as agent of Ralo Harrison :
                                        :
                            Defendant.  :
-----------------------------------------------------------------X
```

GREGORY H. WOODS, United States District Judge:

Because most of the defendants in this case have only recently been served and the Court has not received the pre-conference submissions described in the Court's October 2, 2019 order, Dkt No. 6, the initial conference scheduled for November 21, 2019 is adjourned until December 2, 2019 at 3 p.m. The joint letter and proposed case management plan described in the Court's October 2, 2019 order are due no later than November 25, 2019.

Plaintiff's counsel is directed to serve a copy of this order on Defendants and to retain proof of service.

SO ORDERED.

Dated: November 20, 2019
New York, New York

_____
GREGORY H. WOODS
United States District Judge