USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/5/2020

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
DAMON BLACKMAN p/k/a Dame Grease, and      :
d/b/a Damon Blackmon Music                 :
                                           :
                                Plaintiff, :    1:19-cv-7119-GHW
                                           :
              -against-                    :         ORDER
                                           :
SONY/ATV MUSIC PUBLISHING, LLC,            :
WONDER BOY PUBLISHING LLC and              :
RASHEED HARRISON as agent of Ralo Harrison :
                                           :
                                Defendant. :
-----------------------------------------------------------------:
                                           X
```

GREGORY H. WOODS, United States District Judge:

Because neither remaining Defendant in this case has appeared, the initial pretrial conference is adjourned *sine die*.

Plaintiff's counsel is directed to serve a copy of this order on Defendants and to retain proof of service.

SO ORDERED.

Dated: February 5, 2020  
New York, New York

_____  
GREGORY H. WOODS  
United States District Judge