```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/2/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
DAMON BLACKMAN p/k/a Dame Grease, and
d/b/a Damon Blackmon Music                                         :
                                                                   :
                              Plaintiff,                           :   1:19-cv-7119-GHW
                                                                   :
           -against-                                               :   ORDER
                                                                   :
WONDER BOY PUBLISHING LLC and                                      :
RASHEED HARRISON as agent of Ralo Harrison                         :
                                                                   :
                              Defendants.                          :
-------------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

The Court observes that the remaining Defendants in this case have not appeared and Plaintiff has done nothing to prosecute this case since February 19, 2020. Plaintiff is directed to submit a letter with an update on how he proposes to litigate this case or to voluntarily dismiss the case no later than September 11, 2020. If Plaintiff does not respond by that date, the Court will dismiss the case for failure to prosecute.

SO ORDERED.

Dated: September 2, 2020

_____
GREGORY H. WOODS
United States District Judge